🖎EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
_____ **DIVISION at** _____

Eastern District of Kentucky
**FILED**

MAY 0 6 2024

AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

CIVIL ACTION NO. **2:24-CV-77-DLB** (Court Clerk will supply)

**Pairi Omari Will El Rey**
PLAINTIFF

VS:

Demand for Jury Trial:
Yes (✓)  No (___)

**Kathleen Sape, Rob Sanders**
**Dennis Allerdeenst, Carrie Ray**
**Wesley Williams, Douglas Ulrich**
**Heather Humble, Josep K. Hill**
**Mark Fields Kenton County Detention Center**
DEFENDANTS

(do not use "et al.",
enter full names)

**I.    Plaintiff:**

A.  Name (list any aliases): **Pairi Omari Will El Rey** (Perry Lee Whatley)  *Formally Known as*

B.  Prisoner ID #: **915990**  Check one: Convicted _____  Pretrial Detainee ✓

C.  Place of present confinement: **Mark Fields Kenton County Detention Center**

D.  Address: **3000 Decker Crane Lane Covington Kentucky 41017**

**II.   Defendant(s):** (additional defendants may be listed on a separate sheet of paper)

A.  Defendant's Name: **Kathleen (Kathy) S. Lape**
    Title or Position: **Magistrate D.B.A. Judge**
    Place of Employment: **6TH Circuit Court**

B.  Defendant's Name: **Douglass Ulrich**
    Title or Position: **Covington Police Officer**
    Place of Employment: **Covington Police Department**

Page 1 of 8

✎EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

C.  Defendant's Name: Dennis Allerdeen Sr.
Title or Position: Attorney
Place of Employment: 303 Greenip St Covington Ky. 41011

D.  Defendant's Name: Wesley K. Williams
Title or Position: Attorney
Place of Employment: 6024 Rogers Ln. Burlington Ky 41005

E.  Defendant's Name: Carrie Bay
Title or Position: Deputy Jailer
Place of Employment: Kenton County Detention Center

— Continued —

## III.  Statement of Claim:

Below you should state the **FACTS** of your case.  You don't need to make legal arguments or refer to any cases or statutes.

If you wish to allege a number of related claims, write out each claim in a separate numbered paragraph.  (If you need more space, you may attach extra sheets).

A.  What happened?  Explain specifically what each Defendant did or failed to do.

✶ Kathleen S. Lappe—Conspired with others to Kidnap, Hold me Hostage for a Ransom and Using Legalesse decieved me into assuming Liability for the Legal Personality all cops (PERRY LEE WHATLEY) and Deprive me Right of liberty... Continued

✶ Dennis Allerdeen Sr—Conspired with others to have me plea Guilty to a Crime w/no Victim (corpus Delecti) under the Color of law! After Consulting w/me about... continued

✶ Wesley K. Williams—Conspired w/others to have me plea Guilty to a Victimless Crime (No Corpus Delecti) and after I requested him to retrieve the Oath of Office...continued

✶ Douglass Ulrich—As a Chartered/Corporate law enforcement Personnel Unlawfully stopped me from Travaling by Declaring an Emergency by Using Red Lights... Continued

Page 2 of 8

Continued   page 2 of 8

III. Statement of Claim

A. Kathleen S. Lape... By Holding me Hostage under the Ens Legis with No Bond and No Legal Assistance For over 4 months. Which she extended Till June 17th until I may attempt to proclaim my Freedom + Defend and Enforce my Rights!

1. Having Sent Numerous papers to Her and The Court She refuses to Acknowledge my Tribal Court ordered name Correction, from Perry Lee Whatley to Pairi Omari Will El Bey which is Registered with the U.S. Dept of State Auth# 06013144-1 with Document Included in Copy of Legal packet Sent with This Application.

2. Neglected to explain The Nature and Cause of So called crimes, having NO Corpus Delecti, When I requested in Video Court.

3. Presides over Case while Still Maintaining an Active BAR License along with Prosecutor being a Conflict of Interest.

4. Attempts For The Second Time For Same Case to prevent me From Standing in Proprio Persona and Filing Pro Se as I have Done in The Beginning of This Case. She had me go Through a Competency Evaluation in 2018 and is Now Holding a Ferretta hearing in Order to Hold me With NO Bond and NO Legal Assistance as I requested. This is her Unlawful, Unscrupulous way of Holding me

Pg 1.

Continued  Page 2 of 8

Kathleen S Lape - For Months to get me to Break Down and take a plea to be Free! Especielly when she is aware That I just Defendec Myself in Court Through a Triel and was Acquittec in Hamilton County as she had a Hold on me There awaiting The Outcome. Also on Jan 17th My Last Decietful Attorney Dennis Alleréeen Sr. refusec Himself and she asked me if I woulc be representing myself and I replied yes! She Then Schedules The Next Court date in March, 2 months away to say she now wants a Ferretta Hearing. When I asked Why after having been Found Competent From her Court orderec Competency Eval. She respondec That it's been awhile! No Legal or Rational reason what so ever! I believe her actions are Bias and Discriminatory!

5. She has Ignored My Legal paperwork Consisting of a Writ of Mendemes to Dismiss case along with Affideuts of Truth and Affidauit of Fact. Theres Numerous Other Supporting Documents which are Included with This Application.

6. Will Not allow me to Speak on my behalf during Court Sessions and interupts and stops me in mid Sentences so that I don't invoke my Rights! During Last Court Session on March 11th I took The 5th when she attempted to have me assume responsibility For The Legal Personelity all caps (PERRY LEE WHATLEY). For Which I am the Beneficiary of The Cestui Qui Vie

Pg. 2

Continued page 2 of 8

Kathleen S. Lape - and she violated and abused her trustee responsibility.

7. Being The appointed Trustee of The Constructive Trust She is Using Fraud and Deciet to have me gift her funds from the Cestui Qui Vie Trust to avoid Tax responsibilities!

Dennis Allerdeen - about representation and defending Cases at Trial Confidently assuring me he would prevail due to the Facts. Coerced me into having my Family Sign over The $2500.00 Bond money, which he Found was still on my Account, over For payment of Service he requested as payment. Never presented a Contract or a Detail Summary Invoice of his Services and Fees. Once The Bond money was Succesfully Transferred he stopped responding to my Calls and Text, etc Chirp. Never responded to a letter I wrote inquiring to his where abouts and why he No longer responds to me!? Then one day he abrubtly Texted me "Plea Bargain or I Quit!" I contacted another Attorney and we called him on 3 way to request he transfer Bond over to The new attorney and he could Quit since he had done Nothing! He refused and insisted on Keeping my Money whether I used him or Not! My Only choice was to plea Guilty to a Crime I am Not Guilty of!

## Continued 2 of 8

Dennis Allerdeen-We Never spoke again and he Never Consulted with me on The stipulations of the plea for probation and I Never saw or signed any paperwork pertaining to it! Which he Lied Under Oath via Video Court when Asked by Kathleen Lape if he had Consulted with me. He also Forged or had someone Forge my name to documents which I have Never Seen! He Subsequently recussed himself and wont respond to my calls and havent returned Any Monies!

Wesley K. Williams[1] Conspired to Deprive me of my Rights with others. Mr. Williams Consulted with me regarding the cases and requested a payment of $1500.00 to assist in my Defense. After he had reviewed the case he was sure The case could easily be repre-sented and Found to be Acquitted. Having attended a Court Session Early I observed Mr. Williams Joking a playing with then Prosecutor Heather R. Humble to my amazement, It was very Unprofessional and made me Uncomfortable but I didn't Think anything more of it Until I requested a print out of all my Court papers From The KCDC Kiosk and recieved a Copy of a Waiver of Indictment For Bail Jumping dated in 2018 which I Never saw and would have definitely Never Signed!

Pg. 4

Continued page 2 of 8

Wesley Williams Yet There was a Signing in The Defendants space of a Forged Initial Which I Never Wrote or had Any Knowledge of this document until recently in 2024! [2] Also after paying Mr. Williams I requested a Copy of Judge Kathleen S. Lapes Oath of Office to ensure my Constitutional Rights would be upheld and Respected during the Court proceedings. He agressively Responded "You'll Get me Disbarred" and ended our phone Conversation. He Then Filed a motion to recuse himself From my Defense and Never Supplied me with a Contract or Detailed Summary of Services and Fees! Keeping All of my money having not earned it. [3] Mr. Williams Never informed me That Under the Constitution Which is Common Law That There has to be a Corpus Delecti For There to be a Crime. Nor Did he inform me That The Charges Were Commercial Crimes and apply to the Strawmen /Ens Legis /Artificial Person all Caps (PERRY LEE WHATLEY) and could be Discharged to the Cestui Qui Vie Trust account!

Douglass Ulrich - 1. As a Chartered/Corporate Law Enforcement personal Officer Ulrich Unlawfully Stopped me From Exercising my Constitutional Right of Freedom of Travel 'and breaking the Law by declaring an Emergency by Turning on Red Lights to stop me

Continued page 2 of 8

Douglass Ulrich-For not using a turn signal when exiting a Gas station onto a one way...

2. Officer Ulrich Unlawfully Searched my vehicle an as an Ohio Indigenous American National and Not a 14th Amendment Citizen, Proceedes to Kidnap me and Conspired to Deprive me of my Rights and charge me with a Crime Under The Color of Law!

3. In addition He went as Far as to produce a Small baggie of Something which he Fabricates and Says he Found in Police vehicle He removed me From as I was Searched prior to and handcuffed before being placed in the vehicle! To boost his bogus charge After Finding a Cell phone and Some pipe with Unknown Residue in passenger area after I had dropped a passenger I gave a ride to off minutes before.

Carrie Ray-1 Conspired to Deprive me of my Right of Due Process and property protected and Religious practices. She Intentionally removed my Ecclessiastical Declaration of Trust which was in my Personal Property along with other Legal Documents. Around Jan 4th after having been Kidnapped and Transported From The Hamilton County Justice Center to The Mark Fields

Pg. 6

Continued page 2 of 8

Carrie Ray- Kenton County Justice Center, a privately owned For profit Corporate Facility! After a couple weeks my Legal Documents and some of my other property was returned. Being a practitioner of the Muslim Religion, I had a Quran, Kufi and prayer Instructions, which were in papers, but Not delivered to me! Hindering my practice of my Religious Customs. Also mysteriously missing from my papers, which were in a Folder, was my Ecclessiastica Declaration of Trust. A Devine Legal document that had been delivered to me by my assisting attorney Brittany Elliss who works with The Hamilton County Public defenders office. It was specifically given to me so I may it with The Kenton County Clerk of Court. Since January I have submitted 4 or 5 request and inquiries on why it was Systematically and intentionally removed from all the other Documents returned to me?!

   After NO responses about This specific problem I reluctantly placed a Grievance, having been Threatened by Deputy Ray previously! After my Initial Grievance I was Threatened to have Disciplinary action brought on me if I Continue to place Grievances about The Subject. My option to File Grievances was totally removed From the Kiosk

Pg. 7

Continued page 2 of 8

Carrie Ray — For 2 months and were not restored until The Day I recieved The Application to File Civil action, Form EDKY 520! My Grievance option was removed after I questioned why I was being Threatened For, peaceably, Exercising my 1ST Amendment Right!?

I recently was able to question her in person about the where abouts of my Ecclessiastical Declaration of Trust, The 2nd week of April, and She replied That She would look For it when she gets Time! I placed another Grievance and was told my Grievance is Denied!

2. Having assisted a Couple of other inmates in obtaining information about Law. Deputy Ray told Them quote "You have That Jailhouse lawyer in There! That Tall guy (me) and he's gonna get it like The other one!" She then refused to copy any more documents in this pod and I now have to request the Chaplin to assist me with Copies of my Legal documents which he takes to Inmate Services where They Copy, View and Save All my Legal Documents, which Should be pritate! I have been FearFul For my Safety every since and The other inmates She Spoke to about me Fear To help me because of possible retaliction! I am also now charged For copies as I am Indigent and Filing Pro Se in Proprio Person, Sui Jurist! I've learned She also reads and Responds to Grievances Explaining The Denial!

Pg. 8

Continued page 2 of 8

Carrie Ray - 3. Deputy Ray is also responsible for delivering mail legal, books etc. When she delivers Legal Mail she opens, copies and keeps All legal mail and Envelopes they are delivered in. Violating privacy acts and Laws regarding Legal Documents and Matters. She also doesn't allow me to see any of the Envelopes they came in so I can see postage date.

4 Deputy Ray recently Delivered 3 books which were delivered from Amazon as this Facility demands! Upon receipt of Books which were out of package they were Also Stamp with Red Ink "K. C. D. C. Approved" which is Their policy here! But, all 3 of my Books were meliarously Stamped on The 1st page over The writing when Every other Book I've seen delivered here is Stamped on Blank white Inside Cover of Book! Intentionally Defacing my Personal Property. I placed a Grievance explaining The details and it was Not accepted. When I requested help from a Sgt. Arrowwood he told me I was wasting his time and I have No Grievance and to add him to my Civil Lawsuit! He refused to give his First Name and other CO's will Not disclose to me ither! I would Like To Include him as a Co-Conspirator For Deprivation of Rights!

Pg. 9

Continued Page 2 of 8

Heather R. Humble - Conspired with Kathleen S. Lape, Wesley K. Williams, Rob Sanders and more To Deprive me of my Rights by placing a Bill of Attainer on The Corporate personality all caps (PERRY LEE WHATLEY) under The Color of law! Of which There was No Corpus Delecti and No Personam Jurisdiction, I being The Natural Person, Flesh and Blood!

Rob Sanders 1. Conspired with Heather Humble, Kathleen S. Lape, Wesley K. Williams, Dennis Alldreen, Douglass Ulrich and others to place a Unlawful Bill of attainer on The Ens Legis / Corporate Entity / Artificial Person all caps (PERRY LEE WHATLEY) under The Color of law. Having NO Corpus Delecti (therefore No Crime an No Personam Jurisdiction over me the Natural Man in Flesh and Blood!

2. Mr. Sanders Never responded to a letter I forwarded requesting a Contract or Commercial agreement between Myself, The Natural Man, to pay Per Diem Charges or any Other Fees Charged to the Trust Fund account under The Corporate Entity all caps (PERRY LEE WHATLEY). Being The Legal representative of The Private Corporation Mark Fields Kenton County Dentention Center Should have This Information as Contract Law stipulates before Any Enforcement!

Pg 10

Continued page 2 of 8

Mark Fields Kenton County Detention Center 1 - Charges $35.00 a day listed as a Per Diem charge and other Fees. Being a Private For profit Corporational Institution I requested The Contract or Commercial agreement where I, Pairi Omar. Will EL Rey, The Actual man agreed to pay any Charges or Fees Charged to the cill cops (PERRY LEE WHALEY) Trust account. Attempting to induce me into Fraud by attempting me to Pay a Debt with FRN's which are Debt Instruments! They also are deducting 50% of any money added to Inmate accounts by Family or Friends to Pay so called Outstanding Balance with no Agreement or Consent what so ever!

2. Mark Fields Kenton County Detention Center has a policy/rule That They use to violate Rights to Intercept, Destroy and Copy Outgoing and In-coming mail or Packages. IF There is No accusation or proof of Contraband There Should be no Interference in my mail to me or to whom I have addressed to! They have Deputy Carrie Rey deliver mail Legal or other where she opens Copies and keep All my Legal mail I have had delivered here! I have sent some Letters which have postage of Envelopes That were Never recieved to sender I addressed Them to. I believe This Facility has Intercepted and Destroyed!

Pg. 11

Continued page 2 of 8

3. Mark Fields Kenton County Detention Center has been Holding me, Pairi Omari Will EL Bey The Natural Person Hostage under a Fictitous name Registered with The OHio Secretary of State #4731033. After submitting my Tribal Court ordered name Correction along with my Allodial Cost Schedule and the Registration of The Fictitous Entity all caps (PERRY LEE WHATLEY), Personnel at This Facility Still use my registered name with NO Consent! The Tribal Court ordered Name Correction is under Federal and International Law and Registered with the U.S. Dept. of State Auth.# 0G013144-1.

Defendant:

Name: James Arrowwood

Title: Lieutinant

Location: Mark Fields Kenton County Detention Center

1. After Having Filed a Grievance pertaining to the Opening of my package from Amazon consisting of 3 Books That were Maliscriously Defaced have a Red KCDC Approved Stamp placed on The First Page of Each book. Which is normally placed on The Blank white Inside Cover. I recieved a response that my Grievance was not in Correct Format and not accepted! I requested LT. Arrowwood's Assistance as to why and he reviewed The Grievance hesitantly and told me I was wasting his time and Do. Not have a Grievance! A Clear Conspiracy to Deprive me of my Rights!

Pg. 12

◈EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

* Carrie Ray - is responsible for Delivering Legal mail and she opens / copies and keeps all Legal mail I have recieved violating my Privacy... Continued
* Joseph K. Hill. Conspired with others to hold me accountable for The Legal Personality Cestui Qui Vie Trust all caps (PERRY LEE WHATLEY) for which There NO Victim.
* Heather B. Humble - Conspired with others to create a Bill of Attainer on The Legal Entity all caps (PERRY LEE WHATLEY) one and Hold me (the Natural man) as Liability with NO Victim... Continued
* Rob Sanders - Conspired with others to Kidnapp, hold me Hostage for Ransom under a Legal Personality under the Color of Law having NO Personam Jurisdiction... Continued
* Mark Fields Kenton County Detention Center - Charges $3500 a day as a Per Diem charge and other Fees and as a Private Institution I requested a Contract when I agreed to pay Any Fees or charges with NO Reply! Continued

B. When did these events happen?

These events have been Ongoing Since The Initial arrest on Oct 10, 2017, psych evaluation approximately around 4-27-2018 a Second arrest on 11-15 2020 where I was detained and Held Hostage for 4 months Until March 2021. The Third Arrest was on 1-3-2024 after being Unlawfully Transported From Hamilton County Justice Center. There were Numerous Court dates where my Rights were violated on 10-18-2017, 1-31-2021, 2-08-2021, 2-01-2024, 3-11-2024, Theres other Unlawful video Court Sessions But I'm unable to Acquire dates being held against my Will.

✎EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

C. Where did these events happen?

The initial Unlawful Stop, Seizure and Arrest occured on 4th and Main, Covington Ky. Multiple Court Sessions were held at The Kenton County Court House 303 Court Street Cov. Ky 41011 and Unlawful video Court Session From The Hamilton County Justice Center (OHIO) For Kenton County Court in Kentucky.

D. What rights under the Constitution, federal law, federal regulations, state law, or state regulations do you allege the Defendant(s) violated? State the specific constitutional provision or law if you know it.

Bill of Rights Amend I - Freedom of Religion, speech... Amend IV Protection From Unreasonable Search and Seizure, Amend V - protection of Rights to Life, liberty..., Amend VI - Rights of Accused in Criminal case, Amend VIII - Excessive Bail Fines and Punishments Forbidden, Amend IX - Rights Kept by the People, Amend X - Continued

## IV.    Exhaustion of Administrative Remedies

A prisoner must complete all steps of the prison's grievance process before filing any lawsuit that relates to prison conditions.

A. **Federal Prisoners** answer the following:

1. Did you file a grievance regarding the facts in this Complaint under Bureau of Prisons regulations?   YES (____)   NO (____)

2. If so, did you (check **ALL** that apply):

    ____ file a request or appeal to the Warden        _____ date
    ____ appeal to the Regional Director               _____ date
    ____ appeal to the Office of General Counsel        _____ date

3. **ATTACH** a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

Continue Page 4 of 8

III D. ... Amend. X - Undelegated powers Kept by
The states and The People. The Constitution
Article 1 Section 10 - Payment of Debts, Article III
Section 2 - Trial by Jury, Article IV Section 4 - Republican
Government, Article VI - Oaths Supremacy.
    U.N. Rights of Indigenous Peoples Article 1, Article 2,
Article 3, Article 6 - Right to a Nationality, Article 7,
Article 8 - No Forced Assimulation.. Article 9, Article 11, Article
33 - ... Right to Determine own identity... Article 37 -
Right to recognition, Observance and enforcement of Treaties,
agreements...
    Universal Declaration of Human Rights Article 1,
Article 2, Article 3, Article 5, Article 6.. Right to recognition
as a (Natural Person) before the Law, Article 7, Article 8,
Article 9 - No One shall be subjected to arbitrary arrest
detention or exile. Article 10, Article 11 - Everyone charged
with a penal offence has the Right to be presumed
innocent... Article 12 - No One Shall be Subjected to Arbitrary
interference with his Privacy, Family, home or Correspondence...
Article 15 - Everyone has a right to a Nationality... Article 18.
UCC 1-308, UCC 1-1086, 27 CFR 72.11 - All Crimes are Commercial.
USC 18 § 241 Conspiracy against Rights, USC 18 § 242 - Deprivation
of Rights Under The Color of Law, USC 18 § 247 - Damage to
Religious Property, USC 18 § 1201 - Kidnapping, US 18 § 2076 - Clerk to
File, USC 18 § 2071 - Concealment ETC, USC 18 § 2382 - Misprison

Pg. 1.

Continue Page 4 of 8
of Treason, USC 18§ 1702 Obstruction of Correspondence
USC 18§1703 - Delay or destruction of Mail.., USC 18 1205 -
Destruction of letterboxes or mail, USC 42§ 1983 -
Civil Action for Deprivation of Rights, USC 42§ 1985 -
Conspiracy to Interfere with Civil Rights, USC 42§1986
Action For Neglect to Prevent, USC 18§1408 - National
But Not Citizen of the United States at Birth. The
Clearfield Doctrine Supreme Court Annotated Statute,
Governments Have Descended to the Level of Mere
Private corporations... and HJR 192 ! Also
15 U.S. Statute at Large (Expatriation statute) July 27, 1868.
USC 10§ 925, Treaty of 1866 - Cherokee (Anuyunwiya) and
The United States and The Treaty of Camp Holmes

Stare Decisis Cases
Statutory Jurisdiction (statute) used to designate
written Law in Contradiction to unwritten Law.
[Foster v. Brown, 199 Ga 444.34 S.E. 2d, 530.535 See Common
Law]

"For Any Crime to exist There must be an injured
party. There can be NO Sanction or Penalty imposed
upon one because of his exercise of Constitutional Rights!"
[Sherar v. Cullen 481 F. 945]

Pg. 2 -

Continued Page 4 of 8

" The Common Law is The Real Law, The
Supreme Law of The Land, The Codes, rules, regulations,
policies and statutes are Not the Law"
  [ Self v. RHAY, 61 WN (20) 261 ]

" All Codes, Rules and regulations are for Government
Authorities Only, Not Human / creators in accordance with
God's Laws! All codes, rules and regulations are
Unconstitutional and Lacking Due Process
  [ Rodriquez v. RAy Donavan ]

" There every man is independant of Laws
except those prescribed by nature. He is Not bound
by any Institution formed by his fellow man
without his Consent.'"
  [ Cruden v. Neale 2 N.C. 338 (1796) 2 S.E ]

" It is The duty of The Courts to be watchful
for the Constitutional rights of the citizen and
against any Stealthy encroachments There on"
  [ Boyd v. United States 116 U.S. 616, 635 ]

" No one is Bound to obey an Unconstitutional
Law and No Courts are Bound to Enforce it!"
  [ 16 AM Jur 2d Sec 256 ]

Pg. 3

Continued page 4 of 8

" If Any statement within any Law which is passed is Unconstitutional, The Whole Law is Unconstitutional... Therefore No Legislation "
[ Marbury v. Madison 5 US 137 (1803) ]

" An Unconstitutional Statute Though having The Form of Law is in reality, No Law and imposes No duties, Confers No Rights, Creates No office, bestows No power on Anyone and justifies No actions Performed under it!"
[ Am Jur. 2d. Sec. 256 ]

" People are Supreme Not the State..."
[ Waring v. Mayor of Savanah ]

" Judges sworn to obey the Constitution Irrespective of opinion + Consequences - Constitution Rules over Statutes." "If The Constitution prescribes one rule and statute another in a different rule, it is the duty of the Courts to declare That Constitution and Not the Statute governs in Cases before Them For Judgement!"

" Officers of The Court Have No Immunity From Liability when Violating Constitutional Rights!"
[ Owens v. Independence 100 vol Supreme Courts Reports]

Pg. 4

Continued page 4 of 8

"We (Judges) have no more right to decline
the exercise of Jurisdiction which is given than to
Usurp that which is not given. The One or the Other
would be treason to the Constitution."
[ Cohen v. Virginia (1821) 6 Wheat 264 and U.S.
V. Will 449 U.S. 200]

" A Judge must be acting within his Jurisdiction
on Subject matter and Person to be entitled to
Immunity from Civil action for his/her acts."
[ Davis v. Burris 51. Ariz, 220. 75 P. 2d 689 (1938) ]

" The right to be let alone is the most
Comprehensive of rights and the most valued
by Civilized men to protect that right every
Unjustifiable Intrusion by the Government upon
the privacy of the Individual whatever the means
Employed must be deemed a violation of The
Fourth Amendment."
[ Olmstead v. U.S. 277 U.S. 438. 478 (1928) ]

" The right to File pro se is one of the most
important rights under the Constitution and Laws."
[ Elmore v. Mc Cammon (1986) 640 F. Supp 905 ]

Pg. 5

Continued page 4 of 8

"That a Constitution should recieve a Literal
Interpretation in Favor of the Citizen is especially
true with respect to those provisions which were
designed to Safeguard the Liberty and Security of
the Citizen in regard to person and Property."
[Bary v. United States 273 US 128  16 AM Jur 2d '16
Am Jur 2d  Sec 97]

"A State Cannot exclude a person From the
Practice of law or From any other Occupation in a
Manner or For reasons that Contravene the Due
Process clause of The FourthTeenth Amendment".
[Schware v. Board of Bar Examiners, 353 U.S.
232 (1957)]

" The Practice of law is an Occupation of
Common right."
[Sims v. Aherns, 271 SW 720 (1925)]

"Enforcement of these Corporate statutes by local
State and Federal Law Enforcement officers are
Unlawful actions being Committed against The
Sovereign public and These officers can be held
Personally Liable For Their actions!"
[Bond v. U.S. 529 US 334-2000]

Pg 6

Continued page 4 of 8

## Public Law

- These Statutory Laws/actions expressly effect Citizens of the Federal Government.

'77 Stat 630-631 P.L. 88-243 is an Act that enacts the Uniform Commercial Code For the District of Columbia and for other purposes. This is where The U.C.C functions as the "Law of the Land" for The Federal Government (District of Columbia + Territories). Public Law (P.L. 88-244) is "Private Law" for private Corporate Citizens and Not For The People!"

## American National Not Citizen

Any one who lives in the District of Columbia or it's Territories are Citizens of The United States. The remaining Population in the Union of the Fifty States are National Citizens of the Nation, We are Domiciled in the Various Sovereign States, and Protected by The Constitutions of Those States From any Direct rule of Congress over us!

Pg. 7

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

4.  What was the result? _____

_____

_____

_____

5.  If you did not file a grievance, why not? _____

_____

_____

_____

B.  **State Prisoners** answer the following:

1.  Did you file a grievance regarding these facts under Kentucky Department of Corrections CPP 14.6 or an appeal of a disciplinary decision to the warden under CPP 15.6?        YES (___)  NO (___)

2.  If you filed a grievance under CPP 14.6, did you (check **ALL** that apply):

_____ file a grievance and seek an informal resolution                    _____ date
_____ request a hearing from the Grievance Committee              _____ date
_____ appeal to the Warden                                                          _____ date
_____ appeal to the Commissioner                                                _____ date

Did you file an appeal of a disciplinary decision to the warden under CPP 15.6?
          YES (___)  NO (___)

_____ date

3.  **ATTACH** a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

4.  What was the result? _____

_____

_____

_____

5.  If you did not file a grievance, why not?

_____

_____

_____

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

---

C.   **County or City Prisoners** answer the following:

1.   Is there a grievance/appeal policy at your jail?   YES ( ✓ )   NO (___)
2.   **ATTACH** a copy of the grievance/appeal policy to your Complaint, if available.  If not, briefly describe the grievance/appeal policy below.

Able to File Grievances For Violation of Rights Within 30 days and appeal within a week.

3.   Did you file a grievance regarding these facts?   YES ( ✓ )   NO (___)

4.   If you filed a grievance:

a.   What steps did you take to use the grievance process? I Filed Grievance about The Use of Trace Name (PERRY LEE WHATLEY) and The Withholding of My Ecclessiastical Trust Declaration and The Charging of Fees Without a Contract or Agreement. Defacing of Property

b.   What was the result? I was Threatened to have Disciplinary Action brought against me if I continued. Grievance Denied and Grievance option removed for 2 months!

c.   If unsuccessful, did you file an appeal?   YES ( ✓ )   NO (___)

d.   What was the result? IT was Denied and They Say my Grievance is not Valid !!?

e.   Did you take any further steps in the grievance process?

YES (___)   NO ( ✓ )   NO MORE AVAILABLE (___)

f.   What was the result? _____

5.   If you did not file a grievance, why not?: I have been Threatened That There would be Disciplinary Actions brought on me Like Put in the Hole or Even Shipped to a Racist County Jail and Even Threatened by Deputy Key That I would get it and Fear For My Safety!!

Page 6 of 8

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

## V.   OTHER LAWSUITS

A.    Have you filed any other lawsuit **dealing with the same facts** raised in this
      action?  YES (____) NO (✓)

B.    If your answer to question A is **YES**, describe the lawsuit in the space below.
      If you filed more than one other lawsuit, provide the same information for each
      other lawsuit on additional sheets of paper.

      1. PARTIES:

      Plaintiff: _____

      Defendant(s): _____

      _____

      _____

      2. COURT: (name the district for a federal court, or the county for a state court)

      _____

      3. CASE NO.: _____ DATE FILED: _____

      4. OUTCOME: (is the case still pending?  was it dismissed?  being appealed?)

      _____

      _____

      5. DATE OF JUDGMENT, DISMISSAL, or APPEAL: _____

C.  List any other lawsuits that you have filed in any state or federal court:

      1.  Plaintiff _____ vs.  Defendant(s) _____

          Court Name: _____      Case No.: _____

          Nature of Claim: _____      Date Filed: _____

          Outcome: _____      Date: _____

      2.  Plaintiff _____ vs.  Defendant(s) _____

          Court Name: _____      Case No.: _____

          Nature of Claim: _____      Date Filed: _____

          Outcome: _____      Date: _____

Page 7 of 8

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

3. Plaintiff _____ vs. Defendant(s) _____

    Court Name: _____    Case No.: _____

    Nature of Claim: _____    Date Filed: _____

    Outcome: _____    Date: _____

## VI.   Relief:

State exactly what you want the Court to do for you. You don't need to make legal arguments or refer to any cases or statutes, just explain what you want to happen if you prevail on your claim.

I would like a Writ of Prohibition and Hebecus Corpus Sent to the Judge and Court, I would also like To be Compensated For my Rights being Violated and Time Taken being incarcerated Outlined in my Allotted Cost schedule which is Included! Return of Funds, From UnMoral ATTorneys! All penalties Enforced by laws Broken and written Apologies!

## VII.   Review this Form

Please take a moment to go back and review your responses to each of the questions. Immediately below you are required to certify under penalty of perjury that the information you have provided in this form is correct to the best of your knowledge, so please make sure that your responses fully and accurately explain your claim.

## CERTIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

_____        915990            04-27-2024
Signature of Plaintiff              Prison ID#          Date

                                   C/o Kenton County Dententien Center

Plaintiff's Address: 3000 Decker Crane Ln

                                   Covington Kentucky 41017

Alternative Writ
of Mandamus
No Personam Jurisdiction
Dismissal of all Cases
with Prejudice

State of Kentucky                    CASE NO:
     VS.                              18CR00035
PERRY LEE WHATLEY                     21.CR00063
                                      24 CR00109

Comes Now Fairi Omari Will El Rey,
Formally Known as Perry Lee Whatley, The
Beneficiary of The Cesti Qui Vie Constructive
Trust (all caps) PERRY LEE WHATLEY hereby
Present this Writ of Mandamus as the Natural
Flesh and Blood Man to have All Cases
dismissed with prejudice For No Personam
Jurisdiction Exist!

     I am an Indigenous, Aboriginal
Autochnous American National, an African

Pg.1

and not a U.S. Corporate 14th Amendment Citizen. I have and continue to exercise my Right to Reserve my Common Law Rights Persuant to UCC 1-308 and UCC 1-103.6. I am Not a Corporate Person and Hold No Liability For the all caps (PERRY LEE WHATLEY) nor am I Liable For any violations under P.L. 77 Stat 630-631 and P.L. 88-243.

The State of Kentucky being a Corporation Persuant to the Clearfield Doctrine and All Crimes being Commercial Persuant TO 27 CFR 72.11 as well as Multiple Constitutional Violations as outlined and Supported in accompaning documents I move For Immediate Dismissal! Civil Cases are imminent For All who are Participants in Violations and Acts of Fraud!

Persuant to Stare Decisis Cases [Owens v. Independence] 100 UCC Supreme Courts Reports 1348 "Officers of the Courts Have No Immunity

Pg. 2

From Liability When Violating Constitutional Rights!"

[16 Am Jur 2d. Sec 155 emphasis added]
" Judges sworn to obey Constitution Irrespective of opinion + Consequences. Constitution Rules over Statutes." IF the Constitution prescribes one rule and statute another in a different rule, it is the duty of the Courts to declare that Constitution and not the statute governs in cases before them for Judgement!"

[Am Jur 2d. Sec. 256] "An Unconstitutional Statute though having the form of law is in reality, No law and imposes No duties, confers No Rights, creates No office, bestows No Power on Anyone and justifies No actions performed under it!"

[Cohen v. Virginia (1821) 6 wheat 264 and US v. Will 449 U.S. 200] "We Judges have no more right to decline the exercise of Jurisdiction which is given then to usurp that which is not given. The one or the other would be treason to the Constitution."

Pg. 3

[6 Am Jur 2d Sec 256] "No one is Bound to obey an Unconstitutional law and NO Courts are Bound to enforce it!"

[Boyd v. United States 116 U.S. 616,630]
"It is the duty of the Courts to be watchful For the Constitutional rights of the Citizen and against Any stealthy encroachments there on!"

There is absolutely NO Lawful Validation to proceed as there is NO Personam Jurisdiction and NO Corpus Delecti of Any Crime! Persuant to Supreme Court case [Sherer v. Cullen 481 F. 945

"For Any crime to exist there must be an injured party, There can be NO Sanction or Penalty imposed upon one because of his exercise of Constitutional Rights!"

To Continue Proceedings Any Further would be a Blatant Abrogation of My

Pg. 4

...rights and your Oaths. In Direct violation of Amendments (The Bill of Rights)) 4, 5, 6, 8, 9 and 10. Also Abrogations of Rights Outlined by the International UN 61/295 Declaration of Rights of Indigenous Peoples Articles 1, 9, 6, 13 and 33.

All person's who are participants in these violations can and will be held accountable under USC 18 § 241, 242, 1201, 2382 and USC 42 § 1983, 1985 and 1986!

Respectively

Pairi Emari Will EL Rey
_____
Beneficiary / Executor

Signed before me on 3/14/24

Stuart Warren
_____
Notary

STUART WARREN
Notary Public - State At Large
KENTUCKY - Notary ID # KYNP62839
My Commission Expires 12/02/2026

Pg. 5